FILED

01/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0656

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA 22-0656

|  |  |
|---|---|
| SUMMER STRICKER, Personal Representative of the Estate of ALLEN J. LONGSOLDER, JR., | ) ) ) |
| Plaintiff/Appellant, | ) ) |
| vs. | ) **ORDER GRANTING EXTENSION OF** ) **TIME TO FILE OPENING BRIEF** ) |
| BLAINE COUNTY, HILL COUNTY, and the STATE OF MONTANA, | ) ) ) |
| Defendants/Appellee. | ) ) ) |

Appellant, Summer Stricker, having moved the Court for an extension of time, and for good cause shown,

IT IS HEREBY ORDERED that Appellant shall have up to and including March 6, 2023, to file her Opening Brief.

DATED this _____ day of January, 2023.

_____
District Judge

cc:     Steven T. Potts
         Patrick F. Flaherty/Daniel Flaherty
         Mark F. Higgins
         Maureen Lennon
         Honorable Judge Cuffe

**Order Granting Motion for Extension of Time**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 10 2023